UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number 05-mj-01287
UNITED STATES OF AMERICA

    Plaintiff.

v.

KAYLE AUE

    Material Witness.

---

## ORDER FOR NON CUSTODIAL TRANSPORTATION

---

IT IS HEREBY ORDERED pursuant to the hearing of December 13, 2005 the U.S. Marshal shall transport Kayle Aue, Material Witness to Denver International Airport on a direct flight from Denver to Washington D.C., no later than 12-19-05.

IT IS FURTHER ORDERED the U.S. Marshal in Washington D.C. shall deliver Kayle Aut, Material Witness to the Grand Jury for testimony, no later than Dec 20, 2005 and then released.

DATED this ___14th___ day of December, 2005.

BY THE COURT

_Patri a Coan_
PATRICIA A. COAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO